**Order entered May 31, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-11-01545-CV

### BROYHILL FURNITURE INDUSTRIES, Appellant

### V.

### RANDY MURPHY AND DAVE SHAFFER, Appellee

**On Appeal from the 44th Judicial District Court
Dallas County, Texas
Trial Court Cause No. 08-13276**

## ORDER

We **DENY** appellants'/cross-appellees' September 27, 2012 "Motion to Strike Part I of Appellees/Cross-appellants' Reply Brief."

/s/    MOLLY FRANCIS
        PRESIDING JUSTICE